UST-32, 3-99

Beth Lang, Chapter 7 Trustee
1955 W. Grant Rd., Ste 125
Tucson, AZ 85745
520/ 884-1880
bethelang@earthlink.net

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA - TUCSON DIVISION

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| GONZALEZ, RICARDO | ) | Case No. 09-11928-TUC EWH |
| GONZALEZ, MUNDY | ) | |
| | ) | **APPLICATION FOR PAYMENT** |
| Debtor(s) | ) | **OF UNCLAIMED FUNDS TO** |
| | ) | **U.S. BANKRUPTCY COURT** |
| | ) | |

Beth Lang, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 01/04/11 | American Infosource LP as agent for<br>ASTA-VATIV<br>PO Box 248838<br>Oklahoma City OK 73124-8848 | $82.21 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $82.21 to the Clerk of the Court to be deposited in the Registry thereof.

| April 11, 2011 | */s/ Beth Lang* |
|---|---|
| Date | Beth Lang, Trustee |